

1 | MELINDA HAAG (CABN 132612 )
United States Attorney
2 | JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
3 | STEVEN J. SALTIEL (CA Bar No. 202292)
Assistant United States Attorney
4
    450 Golden Gate Avenue, Box 36055
5 |     San Francisco, California 94102
    Telephone: (415) 436-6996
6 |     Facsimile: (415) 436-6748
7 | Attorneys for the United States of America

8
9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION



12 | UNITED STATES OF AMERICA *ex rel.*, )   No. C 09-2457–BZ
John C. Prather, *et al.*, )
13 |                      )
      Plaintiff,      )   **UNITED STATES' NOTICE OF ELECTION**
14 |                      )   **NOT TO INTERVENE AT THIS TIME;**
     v.             )   **[PROPOSED] ORDER**
15 |                      )
16 | AT & T INC., CELLCO PARTNERSHIP )   **FILED UNDER SEAL**
d/b/a VERIZON COMMUNICATIONS, )
17 | QWEST COMMUNICATIONS )
INTERNATIONAL INC., SPRINT )
18 | NEXTEL CORP., and TELEPHONE AND )
DATA SYSTEMS, INC., )
19 |                      )
      Defendants.    )
                     )
20

21      Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States hereby notifies

22 the Court that it is not intervening in this action at this time.  On June 20, 2011, the Court

23 extended the deadline for the United States to make its election concerning intervention to July 8,

24 2011. The United States is unable to complete its election within the time allowed by the Court.

25 Accordingly, the United States respectfully notifies the Court that it is not intervening in this civil

26 action at this time.

27      Although the United States is not now intervening in this action, we respectfully refer the

28 Court to 31 U.S.C. § 3730(b)(1), which allows a relator to bring an action in the name of the

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER
C-08-2457-BZ                         1

# [PROPOSED] ORDER

1. All sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant, except for the Complaint, this Order, and the accompanying United States' Notice of Election Not to Intervene at This Time, which are hereby unsealed.

2. Unless the relators voluntarily dismiss this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, they shall serve the Complaint, this Order and the accompanying Notice of Election Not to Intervene at This Time upon the defendant.

3. The seal is lifted as to all matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. All orders of this Court shall be sent to the United States.

6. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: 11 July '11

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER
C-08-2457-BZ                                    3

1  United States; providing, however, that the "action may be dismissed only if the court and the

2  Attorney General give written consent to the dismissal and their reasons for consenting." Id.  The

3  United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language,

4  the United States only has the right to a hearing when it objects to a settlement or dismissal of the

5  action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel.

6  Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994).

7      Therefore, the United States requests that, should either the relators or the defendants propose

8  that this action be dismissed, settled, or otherwise discontinued, this Court provide the United

9  States with notice and an opportunity to be heard before ruling or granting its approval.

10     Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings

11  filed in this action be served upon the United States. The United States also requests that orders

12  issued by the Court be sent to the Government's counsel. The United States reserves its rights to

13  order any deposition transcripts, and to intervene in this action, for good cause, at a later date. The

14  United States also reserves its right to move to dismiss the action pursuant to 31 U.S.C. §

15  3730(c)(2)(A).

16     Finally, the United States requests that the applications and stipulations filed by the United

17  States with the Court during the seal period remain under seal and not be made public or served

18  upon the defendant.

19     A proposed order accompanies this notice.

20  DATED: July 8, 2011                    Respectfully submitted,

21                                         MELINDA HAAG
22                                         United States Attorney

23
24                                         STEVEN J. SALTIEL
25                                         Assistant United States Attorney

26

27

28

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER
C-08-2457-BZ                               2