| | |
|---|---|
| 1 | David F. Taylor, Bar No. 25689 |
|   | DFTaylor@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4800 |
| 3 | Seattle, WA  98101-3099 |
|   | Telephone:  206.359.8000 |
| 4 | Facsimile:  206.359.9000 |
| 5 | Farschad Farzan, Bar No. 215194 |
|   | FFarzan@perkinscoie.com |
| 6 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 7 | San Francisco, CA  94111-4131 |
|   | Telephone:  415.344.7000 |
| 8 | Facsimile:  415.344.7050 |
| 9 | Attorneys for Defendant |
|   | SPRINT NEXTEL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHN C. PRATHER on behalf of himself and the UNITED STATES OF AMERICA and the several states of CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, RHODE ISLAND, VIRGINIA, as well as the DISTRICT OF COLUMBIA, | Case No. NO. CV-09 2457 BZ |
| | **SPRINT NEXTEL CORPORATION'S NOTICE OF APPEARANCE** |
| Plaintiff/Realtor, | |
| v. | |
| AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL, INC., SPRINT NEXTEL CORP., and TELEPHONE AND DATA SYSTEMS, INC., | |
| Defendants. | |

TO: TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David F. Taylor and Farschad Farzan of Perkins Coie LLP, members of the State Bar of California and admitted to practice before this Court, are appearing as counsel of record for Defendant SPRINT NEXTEL CORPORATION. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be electronically served on the undersigned counsel.

DATED: November 9, 2011.

/s/ David F. Taylor
David F. Taylor, SBN 129654
**PERKINS COIE LLP**
1201 Third Avenue, 48th Floor
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Fax: (206) 359-9000
Email:  dftaylor@perkinscoie.com

/s/ Farschad Farzan
Farschad Farzan SBN 215194
**PERKINS COIE LLP**
4 Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Telephone: 415-344-7000
Fax: 415-344-7050
Email:  ffarzan@perkinscoie.com

Attorneys for Defendant
SPRINT NEXTEL CORPORATION

<b>

</b>

# **PROOF OF SERVICE**

I, Cheryl Allen, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero, Suite 2400, San Francisco, California 94111. I am personally familiar with the business practice of Perkins Coie LLP. On November 9, 2011, I caused the following document(s) to be served on the following parties by the manner specified below:

**SPRINT NEXTEL CORPORATION'S NOTICE OF APPEARANCE**

| | |
|---|---|
| John Balestriere<br>Craig Stuart Lanza<br>Balestriere Lanza PLLC<br>225 Broadway, Ste. 2900<br>New York, NY 10007 | Matthew A. Siroka<br>Law Office of Matthew A. Siroka<br>600 Townsend St., Ste. 233050<br>San Francisco, CA 94103 |

Steven J. Saltiel
Assistant United States Attorney
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

<u>XXX</u>   (By U.S. Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California, on November 9, 2011.

/s/ Cheryl Allen
Cheryl Allen

59113-0074/LEGAL22106978.1

SPRINT NEXTEL CORPORATION'S NOTICE OF APPEARANCE
CASE NO. CV-09 2457 BZ