David F. Taylor, Bar No. 129654
DFTaylor@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Farschad Farzan, Bar No. 215194
FFarzan@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
**SPRINT NEXTEL CORPORATION**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, John C. Prather, *et al.* <br><br> Plaintiff/Relator <br><br> vs. <br><br> AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL, INC., SPRINT NEXTEL CORP., and TELEPHONE AND DATA SYSTEMS, INC., <br><br> Defendants. | Case No. 3:09-cv-2457 (BZ) <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO RELATOR'S COMPLAINT** |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
CASE NO. CV-09-2457 BZ

1    Relator John C. Prather and Defendants AT&T Inc., Cellco Partnership d/b/a Verizon

2  Wireless, Sprint Nextel Corp., and Telephone and Data Systems, Inc. (collectively, "Defendants"),

3  by and through their respective counsel and subject to the approval of the Court, hereby stipulate as

4  follows:

5    **WHEREAS**, on June 3, 2009, Relator filed the initial complaint ("Complaint") in the above-

6  referenced matter;

7    **WHEREAS**, Defendants were served with Relator's Complaint between November 4, 2011

8  and November 8, 2011;

9    **WHEREAS**, Relator and Defendants have agreed to coordinate scheduling with respect to

10 Defendants' responses to Relator's Complaint;

11   **WHEREAS**, Relator and Defendants further agree that by entering into this stipulation,

12 Defendants do not waive any defenses or submit to the jurisdiction of the Court or to the judicial

13 assignment;

14 **NOW, THEREFORE**, subject to the approval of the Court, Relator and Defendants stipulate as

15 follows:

16   1.    Defendants will each answer or respond by motion to the Complaint on or before

17 January 17, 2012;

18   2.    Relator shall file any opposition(s) to Defendants' motion(s) on or before February

19 ~~28~~ 21, 2012;

20   3.    Defendants shall file any reply brief(s) in support of their motion(s) on or before

21 March ~~20~~ 13, 2012;

22   4.    Defendants' motion(s) will be heard on April ~~18,~~ 11 2012 at 10:00 a.m.

23 **IT IS SO STIPULATED**

24

25

   Dated: November 23, 2011                    BALESTRIERE FARIELLO
26

27                                             By:/s/ John G. Balestriere
                                                  John G. Balestriere
28                                                Attorneys for Plaintiff John C. Prather

                                               1

1

Dated: November 23, 2011                       SIDLEY AUSTIN LLP

2

3                                              By:/s/ Douglas A. Axel
                                                  Douglas A. Axel
4                                                 Attorneys for Defendant AT&T Inc.

5
Dated: November 23, 2011                       MUNGER, TOLLES & OLSON LLP

6

7                                              By:/s/ Jerome C. Roth
                                                  Jerome C. Roth
8                                                 Attorneys for Defendant Cellco Partnership
                                                  d/b/a Verizon Wireless
9

10   Dated: November 23, 2011                   PERKINS COIE LLP

11

12                                             By:/s/ Farschad Farzan
                                                  David F. Taylor
                                                  Farschad Farzan
13                                                Attorneys for Defendant Sprint Nextel
                                                  Corporation
14

15
Dated: November 23, 2011                       SIDLEY AUSTIN LLP

16

17                                             By:/s/ Richard J. O'Brien
                                                  Richard J. O'Brien
18                                                Attorneys for Defendant Telephone and Data
                                                  Systems, Inc.
19

                                               ***
20

21   ~~PURSUANT TO STIPULATION~~, IT IS SO ORDERED

22
     Dated: ___November 29, 2011___             _____
23                                             Hon. Bernard Zimmerman
                                               Magistrate Judge, United States District Court
24

25

26

27

28

                                               2
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
CASE NO. CV-09-2457 BZ

1

PROOF OF SERVICE

2

I, June Starr, declare:

3

I am a citizen of the United States and I am employed in the County of King, State of

4

Washington. I am over the age of 18 and not a party to the within action. My business address is

5

Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101.

6

On November 23, 2011, I served the foregoing document described as: **JOINT**

7

**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND**

8

**BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO RELATOR'S**

9

**COMPLAINT** on all interested parties in this action as follows:

10

11

LAW OFFICE OF MATHEW A. SIROKA
Matthew A. Siroka
600 Townsend Street, Suite 233050

12

San Francisco, CA 93103
mas@defendergroup.com

13

[On CM/ECF]

BALESTRIERE FARIELLO
John G. Balestriere
225 Broadway, Suite 2900
New York, NY 10007
john.balestriere@balestriere.net
[On CM/ECF]

14

SIDLEY AUSTIN LLP
Douglas A. Axel

15

555 West Fifth Street
Los Angeles, California 90013

16

daxel@sidley.com
[By Mail]

17

Steven J. Saltiel
Assistant United States Attorney
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
[By Mail]

18

SIDLEY AUSTIN LLP
Richard J. O'Brien
One South Dearborn

19

Chicago, IL60603
robrien@sidley.com

20

[By Mail]

MUNGER, TOLLES & OLSON LLP
Jerome C. Roth
Jonathan H. Blavin
560 Mission Street 27th Floor
San Francisco, CA 94105
jerome.roth@mto.com
jonathan.blavin@mto.com

21

[By Mail]

22

[x]     (ON CM/ECF) I electronically filed and served the document on CM/ECF.

23

[x]     (BY MAIL) I deposited such envelope in the mail at Seattle, Washington.

24

The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's

25

practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal

26

service on that same day in the ordinary course of business. I am aware that on motion of a party

27

served, service is presumed invalid if the postal cancellation date or postage meter date is more than

28

one day after the date of deposit for mailing in the affidavit.

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
CASE NO. CV-09-2457 BZ

1    I declare that I am a registered user of the CM/ECF system.

2    I served the foregoing document by electronically filing the document via the

3    CM/ECF system maintained by the court.

4    I declare under penalty of perjury under the laws of the United States of America that

5    the above is true and correct.

6    Executed on November __, 2011, at Seattle, WA  98101.

7

8    *s/ June Starr*
       June Starr

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
CASE NO. CV-09-2457 BZ