1   David F. Taylor, Bar No. 129654
DFTaylor@perkinscoie.com

2   PERKINS COIE LLP
1201 Third Avenue, Suite 4800

3   Seattle, WA  98101-3099
Telephone:  206.359.8000

4   Facsimile:  206.359.9000

5   Farschad Farzan, Bar No. 215194
FFarzan@perkinscoie.com

6   PERKINS COIE LLP
Four Embarcadero Center, Suite 2400

7   San Francisco, CA  94111-4131
Telephone:  415.344.7000

8   Facsimile:  415.344.7050

9   Attorneys for Defendant
**SPRINT NEXTEL CORPORATION**

10

## UNITED STATES DISTRICT COURT

11

### NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13   UNITED STATES OF AMERICA, *ex rel.*, John C. Prather, *et al*. | )   Case No. 3:09-cv-2457 (BZ) |
| 14          Plaintiff/Relator | ) **JOINT STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER REGARDING HEARING DATE** |
| 15   vs. | ) **AND BRIEFING SCHEDULE FOR** |
| | ) **DEFENDANTS' RESPONSES TO** |
| 16   AT&T INC., CELLCO PARTNERSHIP d/b/a | ) **RELATOR'S COMPLAINT** |
| 17   VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL, | ) |
| 18   INC., SPRINT NEXTEL CORP., and TELEPHONE AND DATA SYSTEMS, INC., | ) |
| 19          Defendants. | ) |

20

21

22

23

24

25

26

27

28

---

1    Relator John C. Prather and Defendants AT&T Inc., Cellco Partnership d/b/a Verizon

2  Wireless, Sprint Nextel Corp., and Telephone and Data Systems, Inc. (collectively, "Defendants"),

3  by and through their respective counsel and subject to the approval of the Court, hereby stipulate as

4  follows:

5    **WHEREAS**, on June 3, 2009, Relator filed the initial complaint ("Complaint") in the above-

6  referenced matter;

7    **WHEREAS**, Defendants were served with Relator's Complaint between November 4, 2011

8  and November 8, 2011;

9    **WHEREAS**, Relator and Defendants have agreed to coordinate scheduling with respect to

10  Defendants' responses to Relator's Complaint;

11    **WHEREAS**, Relator and Defendants further agree that by entering into this stipulation,

12  Defendants do not waive any defenses or submit to the jurisdiction of the Court or to the judicial

13  assignment;

14  **NOW, THEREFORE**, subject to the approval of the Court, Relator and Defendants stipulate as

15  follows:

16    1.    Defendants will each answer or respond by motion to the Complaint on or before

17  January 17, 2012;

18    2.    Relator shall file any opposition(s) to Defendants' motion(s) on or before February

19  21 ~~28~~, 2012;

20    3.    Defendants shall file any reply brief(s) in support of their motion(s) on or before

21  March 13 ~~20~~; 2012;

22    4.    Defendants' motion(s) will be heard on April 11 ~~18,~~ 2012 at 10:00 a.m.

23  **IT IS SO STIPULATED**

24

25

26  Dated: November 23, 2011                          BALESTRIERE FARIELLO

27                                                             By: /s/ John G. Balestriere
                                                                   John G. Balestriere
28                                                                 Attorneys for Plaintiff John C. Prather

1

1

2
Dated: November 23, 2011                    SIDLEY AUSTIN LLP

3
                                            By:/s/ Douglas A. Axel
                                                Douglas A. Axel
4                                               Attorneys for Defendant AT&T Inc.

5
Dated: November 23, 2011                    MUNGER, TOLLES & OLSON LLP
6

7
                                            By:/s/ Jerome C. Roth
                                                Jerome C. Roth
8                                               Attorneys for Defendant Cellco Partnership
                                                d/b/a Verizon Wireless
9

10
Dated: November 23, 2011                    PERKINS COIE LLP

11
                                            By:/s/ Farschad Farzan
12                                              David F. Taylor
                                                Farschad Farzan
13                                              Attorneys for Defendant Sprint Nextel
                                                Corporation
14

15
Dated: November 23, 2011                    SIDLEY AUSTIN LLP
16

17
                                            By:/s/ Richard J. O'Brien
                                                Richard J. O'Brien
18                                              Attorneys for Defendant Telephone and Data
                                                Systems, Inc.
19

20                                          ***

21    ~~PURSUANT TO STIPULATION~~, IT IS SO ORDERED

22
      Dated: _November 29, 2011_             _____
23                                           Hon. Bernard Zimmerman
                                             Magistrate Judge, United States District Court
24

25

26

27

28

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
CASE NO. CV-09-2457 BZ

PROOF OF SERVICE

I, June Starr, declare:

I am a citizen of the United States and I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action. My business address is Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101.

On November 23, 2011, I served the foregoing document described as: **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO RELATOR'S COMPLAINT** on all interested parties in this action as follows:

LAW OFFICE OF MATHEW A. SIROKA
Matthew A. Siroka
600 Townsend Street, Suite 233050
San Francisco, CA 93103
mas@defendergroup.com
[On CM/ECF]

BALESTRIERE FARIELLO
John G. Balestriere
225 Broadway, Suite 2900
New York, NY 10007
john.balestriere@balestriere.net
[On CM/ECF]

SIDLEY AUSTIN LLP
Douglas A. Axel
555 West Fifth Street
Los Angeles, California 90013
daxel@sidley.com
[By Mail]

Steven J. Saltiel
Assistant United States Attorney
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
[By Mail]

SIDLEY AUSTIN LLP
Richard J. O'Brien
One South Dearborn
Chicago, IL 60603
robrien@sidley.com
[By Mail]

MUNGER, TOLLES & OLSON LLP
Jerome C. Roth
Jonathan H. Blavin
560 Mission Street 27th Floor
San Francisco, CA 94105
jerome.roth@mto.com
jonathan.blavin@mto.com
[By Mail]

[x]     (ON CM/ECF) I electronically filed and served the document on CM/ECF.

[x]     (BY MAIL) I deposited such envelope in the mail at Seattle, Washington. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

3

1    I declare that I am a registered user of the CM/ECF system.

2    I served the foregoing document by electronically filing the document via the

3  CM/ECF system maintained by the court.

4    I declare under penalty of perjury under the laws of the United States of America that

5  the above is true and correct.

6    Executed on November __, 2011, at Seattle, WA  98101.

7

8    _s/ June Starr_____
     June Starr

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE
CASE NO. CV-09-2457 BZ