1 | David F. Taylor, Bar No. 129654
DFTaylor@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Farschad Farzan, Bar No. 215194
FFarzan@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SPRINT NEXTEL CORPORATION and QWEST
COMMUNICATIONS INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. PRATHER on behalf of himself and the UNITED STATES OF AMERICA and the several states of CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, RHODE ISLAND, VIRGINIA, as well as the DISTRICT OF COLUMBIA,<br><br>Plaintiff/Realtor,<br><br>v.<br><br>AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL INC., SPRINT NEXTEL CORPORATION, and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendants. | Case No. 3:09-cv-2457 (CRB)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO RELATOR'S COMPLAINT AND CASE MANAGEMENT CONFERENCE** |

Relator John C. Prather and Defendants AT&T Inc. ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), Qwest Communications International Inc. ("Qwest"), Sprint Nextel Corporation ("Sprint"), and Telephone and Data Systems, Inc. ("TDS") (collectively, "Defendants"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate as follows:

**WHEREAS**, Relator filed the initial complaint ("Complaint") in the above-referenced matter on June 3, 2009, and the matter was assigned to the Hon. Bernard Zimmerman.

**WHEREAS**, on November 29, 2011, the Court entered an order providing that AT&T, Verizon, Sprint, and TDS shall answer or respond to the Complaint on January 17, 2012 and setting a briefing schedule and hearing date for their motions (Dkt. No. 22);

**WHEREAS**, on November 30, 2011, the Court reassigned this matter to the Hon. Charles R. Breyer and ordered that "[a]ll matters presently scheduled for hearing are vacated and should be renoticed for hearing" (Dkt. No. 30);

**WHEREAS**, Defendant Qwest appeared in this action through its counsel on December 13, 2011, and has agreed with Relator, subject to the Court's approval, to respond to the Complaint on the same schedule applicable to the other Defendants;

**WHEREAS**, the Initial Case Management Conference in this matter is scheduled for January 13, 2012 at 8:30 a.m., and the joint case management statement is due not less than seven days prior to the conference; and

**WHEREAS**, Relator and Defendants further agree that by entering into this stipulation, Defendants do not waive any defenses or submit to the jurisdiction of the Court;

**NOW, THEREFORE**, subject to the approval of the Court, Relator and Defendants stipulate as follows:

1. The Initial Case Management Conference, currently scheduled for January 13, 2012, is continued to February 3, 2012 at 8:30 a.m. before the Honorable Charles C. Breyer, and the joint case management statement is due not less than seven days prior to the conference;

2. Defendant Qwest will answer or respond by motion to the Complaint on or before January 17, 2012;

3. Relator shall file any opposition(s) to each of Defendants' Motion(s) on or before February 28, 2012;

4. Defendants shall file any reply brief(s) in support of their Motion(s) on or before March 20, 2012;

5. Defendants' Motion(s) will be heard on April 20, 2012 at 10:00 a.m.

**IT IS SO STIPULATED**

Dated: December 23, 2011						BALESTRIERE FARIELLO

										By: /s/ John G. Balestriere
										      John G. Balestriere
										      Attorneys for Plaintiff John C. Prather

Dated: December 23, 2011						SIDLEY AUSTIN LLP

										By: /s/ Douglas A. Axel
										      Douglas A. Axel
										      Attorneys for Defendant AT&T Inc.

Dated: December 23, 2011						MUNGER, TOLLES & OLSON LLP

										By: /s/ Jerome C. Roth
										      Jerome C. Roth
										      Attorneys for Defendant Cellco Partnership
										      d/b/a Verizon Wireless

Dated: December 23, 2011						PERKINS COIE LLP

										By: /s/ David F. Taylor
										      David F. Taylor
										      Attorneys for Defendants Sprint Nextel
										      Corporation and Qwest Communications
										      International Inc.

2
JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-09 2457 CRB

13141-0862/LEGAL22381519.1

| | | |
|---|---|---|
| 1 | Dated: December 23, 2011 | SIDLEY AUSTIN LLP |
| 2 | | |
| 3 | | By: /s/ Richard J. O'Brien |
| | | Richard J. O'Brien |
| 4 | | Attorneys for Defendant Telephone and Data Systems, Inc. |
| 5 | | *** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 3, 2012

Hon. Charles R. Breyer
United States...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*