MUNGER, TOLLES & OLSON LLP
JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
KRISTIN LINSLEY MYLES (SBN 154148)
Kristin.Myles@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, JOHN C. PRATHER, *et al*.<br><br>Plaintiff/Relator<br><br>vs.<br><br>AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL, INC., SPRINT NEXTEL CORP., and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendants. | CASE NO. C 09-02457 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS** |

1  WHEREAS, the five Defendants' responsive pleadings to Relator's complaint are due on
2  January 17, 2012 (Dkt. # 51);

3  WHEREAS, under the Federal Rules of Civil Procedure, the Court's Standing Orders and
4  the Local Rules of the Northern District of California, Defendants would be entitled to file five
5  separate motions to dismiss of up to 75 pages collectively, Relator would be entitled to file
6  opposition briefs to those motions of up to 75 pages collectively, and Defendants would be
7  entitled to file 5 separate replies in support of their motions to dismiss of up to 75 pages
8  collectively;

9  WHEREAS, Defendants intend to file a motion to dismiss based on, among other things,
10 Federal Rules of Civil Procedure 9(b) and 12(b)(1) and 31 U.S.C. § 3730(e)(4)(A);

11 WHEREAS, Defendants intend to support their motion to dismiss and file: (1) a
12 memorandum of points and authorities on behalf of all Defendants and (2) a supplemental
13 memorandum of points and authorities on behalf of only certain Defendants (the two memoranda,
14 collectively, as the "Supporting Memoranda");

15 WHEREAS, for the convenience of the Court, the parties have agreed that (1) the
16 Supporting Memoranda in support of Defendants' motion to dismiss shall not exceed 40 pages
17 collectively; (2) Relator may file opposition briefs to Defendants' motion to dismiss and
18 Supporting Memoranda not to exceed 40 pages collectively; and (3) Defendants may file reply
19 briefs in support of their motion to dismiss not to exceed 25 pages collectively;

20 NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on
21 behalf of the Parties identified below that:

22 (1) Defendants shall be entitled to file a motion to dismiss supported by Supporting
23 Memoranda, and the Supporting Memoranda shall not exceed 40 pages collectively;

24 (2) Relator shall be entitled to file opposition briefs to Defendants' motion to dismiss
25 and Supporting Memoranda not to exceed 40 pages collectively; and

26 (3) Defendants shall be entitled to file reply briefs in support of their motion to
27 dismiss not to exceed 25 pages collectively.

28

| | | |
|---|---|---|
| 1 | DATED: January 12, 2012 | BALESTRIERE FARIELLO |
| 2 | | |
| 3 | | By:/s/John G. Balestriere |
| 4 | | John G. Balestriere<br>Attorneys for Relator John C. Prather |
| 5 | DATED: January 12, 2012 | MUNGER, TOLLES & OLSON LLP |
| 6 | | |
| 7 | | |
| 8 | | By:/s/Jerome C. Roth<br>Jerome C. Roth |
| 9 | | Attorneys for Defendant<br>Cellco Partnership d/b/a Verizon Wireless |
| 10 | DATED: January 12, 2012 | PERKINS COIE LLP |
| 11 | | |
| 12 | | By:/s/David F. Taylor |
| 13 | | David F. Taylor<br>Attorneys for Defendants Sprint Nextel |
| 14 | | Corporation and Qwest Communications<br>International Inc. |
| 15 | DATED: January 12, 2012 | SIDLEY AUSTIN LLP |
| 16 | | |
| 17 | | |
| 18 | | By:/s/Douglas A. Axel<br>Douglas A. Axel<br>Attorneys for Defendant AT&T Inc. |
| 19 | DATED: January 12, 2012 | SIDLEY AUSTIN LLP |
| 20 | | |
| 21 | | |
| 22 | | By:/s/Richard J. O'Brien<br>Richard J. O'Brien |
| 23 | | Attorneys for Defendant Telephone and<br>Data Systems, Inc. |

ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.

I have the authorization of all counsel identified herein to submit this Stipulation and [Proposed] Order.

/s/ Jerome C. Roth

- 2 -　STIPULATION AND [PROPOSED] ORDER
C 09-02457 CRB

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

DATED: January 13, 2012

By: _____



- 3 -

STIPULATION AND [PROPOSED] ORDER
C 09-02457 CRB