1 | John Balestriere*
**BALESTRIERE FARIELLO**
2 | 225 Broadway, Suite 2900
New York, NY 10007
3 | Email: john.balestriere@balestriere.net
Telephone: (212) 374-5401
4 | Facsimile:   (212) 208-2613
* Admitted Pro Hac Vice

6 | David J. Miclean (SBN 115098)
**MICLEAN GLEASON LLP**
7 | 100 Marine Parkway, Suite 310
Redwood Shores, CA 94065
8 | Email: dmiclean@micleangleason.com
Telephone: (650) 684-1181
9 | Facsimile:   (650) 684-1182

10 | *Attorneys for Plaintiff-Relator*

11 | (Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, JOHN C. PRATHER, *et al*. | CASE NO. C 09-02457 CRB |
| Plaintiff-Relator | **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF RELATOR'S COMPLAINT AND DEFENDANTS' RESPONSES TO THE AMENDED COMPLAINT** |
| vs. | |
| AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL, INC., SPRINT NEXTEL CORP., and TELEPHONE AND DATA SYSTEMS, INC., | |
| Defendants. | |

Relator John C. Prather ("Relator") and Defendants AT&T Inc. ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), Qwest Communications International Inc. ("Qwest"), and Sprint Nextel Corporation ("Sprint"), (collectively, "Defendants"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate as follows:

WHEREAS, the Defendants filed a joint motion to dismiss ("the Motion") Relator's complaint ("the Complaint") based on Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6) on January 18, 2012 (Dkt. No. 63);

WHEREAS, at the hearing for the Motion on April 20, 2012, the Court granted the Motion with leave to amend (Dkt. No. 80) and permitted discovery on issues raised in the Motion concerning subject matter jurisdiction;

WHEREAS, Relator intends to file his amended complaint ("the Amended Complaint") on or before July 18, 2012, a date to which Defendants have consented;

WHEREAS, the parties have agreed that Defendants have no duty to respond to the Amended Complaint until the parties, subsequent to the filing of the Amended Complaint, meet and confer over a response date and discovery schedule on the issue of whether the Amended Complaint is barred for lack of subject matter jurisdiction, submit a scheduling proposal to the Court, and a response date is entered;

WHEREAS, the parties have agreed that they will meet and confer over a response date and discovery schedule by no later than August 1, 2012;

WHEREAS, the parties have agreed that they will submit a proposed scheduling order setting forth Defendants' response date and a discovery schedule to the Court by August 8, 2012;

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the parties identified below that:

(1) Relator shall be entitled to file his Amended Complaint on or before July 18, 2012; and

(2) Defendants shall not be obligated to respond to the Amended Complaint until the parties, subsequent to July 18, 2012, meet and confer over a response date and discovery schedule, submit a scheduling proposal to the Court, and a response date is entered; and

(3) The parties shall meet and confer regarding Defendants' response date and the discovery schedule by no later than August 1, 2012; and

(4) The parties shall submit a proposed scheduling order or, if they cannot agree, their respective positions regarding a response date and discovery schedule to the Court by August 8, 2012.

DATED: May 23, 2012         BALESTRIERE FARIELLO


By: /s/ John G. Balestriere
    John G. Balestriere
    *Attorneys for Relator John C. Prather*

DATED: May 23, 2012         MUNGER, TOLLES & OLSON LLP


By: /s/ Jerome C. Roth
    Jerome C. Roth
    *Attorneys for Defendant Cellco Communications d/b/a Verizon Wireless*

DATED: May 23, 2012         PERKINS COIE LLP


By: /s/ David F. Taylor
    David F. Taylor
    *Attorneys for Defendants Sprint Nextel Corporation and Qwest Communications International Inc.*

DATED: May 23, 2012         SIDLEY AUSTIN LLP


By: /s/ Douglas A. Axel
    Douglas A. Axel
    *Attorneys for Defendant AT&T Inc.*

DATED: May 23, 2012         WILLIAMS & CONNOLLY LLP


By: /s/ Edward C. Barnidge
    Edward C. Barnidge (*pro hac vice*)
    *Attorneys for Defendant Sprint Nextel Corporation*

ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.

I have the authorization of all counsel identified herein to submit this Stipulation and [Proposed] Order.

/s/ John G. Balestriere

1

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

DATED: May  25 , 2012

By: _____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*