United States District Court
Northern District of California

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

  v.

AT&t Inc., CELLCO PARTNERSHIP, dba VERIZON WIRELESS, QWEST COMMUNICATIONS INTERNATIONAL INC., and SPRINT NEXTEL CORP.,

    Defendants.

Case No.: 09-02457 CRB (KAW)

ORDER OF RECUSAL

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for discovery. The court recuses itself from hearing this matter.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge