United States District Court
Northern District of California

UNITED STATES OF AMERICA, et al.,

               Plaintiffs,

      v.

AT&t Inc., CELLCO PARTNERSHIP, dba
VERIZON WIRELESS, QWEST
COMMUNICATIONS INTERNATIONAL
INC., and SPRINT NEXTEL CORP.,

            Defendants.

Case No.: 09-02457 CRB (KAW)

ORDER OF RECUSAL

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for discovery.  The court recuses itself from hearing this matter.

IT IS SO ORDERED.

Dated: August 27, 2012

                                    KANDIS A. WESTMORE
                                  United States Magistrate Judge

United States District Court
Northern District of California