IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <u>ex rel</u> JOHN C. PRATHER<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC., et al.,<br><br>Defendants. | No. C -09-02457 CRB (EDL)<br><br>**ORDER REGARDING JURISDICTIONAL DISCOVERY AND BRIEFING SCHEDULE** |

Following the discovery hearing on September 25, 2012, the parties filed separate proposed orders memorializing the Court's rulings on October 3, 2012. The Court has reviewed the parties' filings and orders as follows:

1. Defendants shall have until December 24, 2012, to complete limited discovery on the issues of Relator's job responsibilities, the information which Relator claims provide the basis for Relator being an original source and how Relator gained such information, as such relates to the Court's subject-matter jurisdiction;

2. Relator's request for discovery prior to resolution of any motions to dismiss is denied. If Defendants rely on the invoices at Relator's deposition, Relator is entitled to a recess to review the invoices;

3. Defendants shall answer or respond by motion to Relator's Amended Complaint by January 28, 2013;

4. Relator shall file any opposition(s) to each of Defendants' Motion(s) by February 25, 2013;

5. Defendants shall file any reply brief(s) in support of their Motion(s) by March 11, 2013.

6. A hearing with respect to any Motion(s) filed in response to Relator's Amended Complaint shall be on April 19, 2013 at 10:00 a.m.

In his October 3, 2012 filing, Relator asked the Court to include language in this Order reserving Relator's right to renew his motion for discovery of invoices if Defendants rely on the content of the invoices in connection with a motion under Federal Rule of Civil Procedure 12(b)(1). Because this matter was not raised in the papers or at the hearing, the Court declines to reach it. Nothing in this Order permits or precludes Relator from seeking leave to file a motion for discovery if Defendants rely on the content of the invoices in a Rule 12(b)(1) motion.

IT IS SO ORDERED.

Dated: October 5, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge

2