John G. Balestriere*
Jillian L. McNeil**
Email: john.balestriere@balestriere.net
**BALESTRIERE FARIELLO**
225 Broadway, Suite 2900
New York, NY 10007
Telephone: (212) 374-5401
Facsimile: (212) 208-2613
*Attorneys for Plaintiff/Relator*
*Admitted Pro Hac Vice*
** *Admitted in the Southern and Eastern Districts of New York, and New York State Only*

David J. Miclean
Email: dmiclean@micleangleason.com
**MICLEAN GLEASON LLP**
100 Marine Parkway, Suite 310
Redwood Shores, CA 94065
Telephone: (650) 684-1181
Facsimile: (650) 684-1182
*Attorneys for Plaintiff/Relator*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, JOHN C. PRATHER, *et al.*<br><br>Plaintiff-Relator,<br><br>v.<br><br>AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL, INC., AND SPRINT NEXTEL CORP.<br><br>Defendants. | Case No.: C 09-02457 (CRB)<br><br>**STIPULATION AND ORDER RESCHEDULING ARGUMENT ON DEFENDANTS' JOINT MOTION TO DISMISS AMENDED COMPLAINT** |

Relator John C. Prather ("Relator") and Defendants AT&T Inc. ("AT&T"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), Qwest Communications International Inc. ("Qwest"), and Sprint Nextel Corporation ("Sprint"), (collectively, "Defendants"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate as follows:

WHEREAS, argument on Defendants' Joint Motion to Dismiss the Amended Complaint was originally scheduled for Friday, April 19, 2013 at 10 a.m. and rescheduled for Friday, May 24, 2013 at 10 a.m.;

WHEREAS, Plaintiff's counsel is unable to attend the new argument date;

WHEREAS, Defendants' counsel do not object to a new argument date of Friday, June 28, 2013;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel on behalf of the parties identified below that:

(1) Argument on Defendants' Joint Motion to Dismiss the Amended Complaint shall be rescheduled for Friday, June 28, at 10 a.m.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 11, 2013 | BALESTRIERE FARIELLO |
| 3 | | By: /s/ John G. Balestriere |
| | | John G. Balestriere |
| 4 | | *Attorneys for Relator John C. Prather* |
| 5 | DATED: April 11, 2013 | MUNGER, TOLLES & OLSON LLP |
| 6 | | By: /s/ Jonathan H. Blavin |
| 7 | | Jonathan H. Blavin |
| | | *Attorneys for Defendant* |
| 8 | | *Cellco Partnership d/b/a Verizon Wireless* |
| 9 | | |
| 10 | DATED: April 11, 2013 | PERKINS COIE LLP |
| 11 | | By: /s/ David F. Taylor |
| 12 | | David F. Taylor |
| | | *Attorneys for Defendants Sprint Nextel* |
| 13 | | *Corporation and Qwest Communications International Inc.* |
| 14 | | |
| 15 | DATED: April 11, 2013 | SIDLEY AUSTIN LLP |
| 16 | | By: /s/ Douglas A. Axel |
| 17 | | Douglas A. Axel |
| | | *Attorneys for Defendant AT&T Inc.* |
| 18 | | |
| 19 | DATED: April 11, 2013 | WILLIAMS & CONNOLLY LLP |
| 20 | | By: /s/ Edward C. Barnidge |
| | | Edward C. Barnidge (*pro hac vice*) |
| 21 | | *Attorneys for Defendant Sprint Nextel Corporation* |

ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.

I have the authorization of all counsel identified herein to submit this Stipulation and [Proposed] Order.

/s/ John G. Balestriere

2

STIPULATION AND [PROPOSED] ORDER
Case No:   C 09-02457 (CRB) (EDL)

1 **ORDER**

2     Pursuant to the parties' stipulation set forth above, IT IS SO ORDERED.

3 DATED: April 17, 2013

4

5                                                    By: _____

6                                                    Hon. _____
                                                     United _____



3

STIPULATION AND [PROPOSED] ORDER
Case No:   C 09-02457 (CRB) (EDL)

**CERTIFICATE OF SERVICE**

I, Andrew Wolfram, declare:

I am a citizen of the United States and am employed in the County of New York, State of New York. I am over the age of 18 years and am not a party to the within action. My business address is Balestriere Fariello, 225 Broadway, Suite 2900, New York, New York 10007. I am personally familiar with the business practices of Balestriere Fariello. On April 11, 2013 I caused the following document to be served on the following parties by the manner specified below:

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING ARGUMENT ON DEFENDANTS' JOINT MOTION TO DISMISS AMENDED COMPLAINT**

| | |
|---|---|
| David F. Taylor<br>PERKINS COIE LLP<br>1201 Third Avenue, 48th Floor<br>Seattle, WA 98101-3099<br>DFTaylor@perkinscoie.com<br>[By ECF] | Jonmi N. Koo<br>PERKINS COIE LLP<br>4 Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>JKoo@perkinscoie.com<br>[By ECF] |
| Steven J. Saltiel<br>Assistant United States Attorney<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102<br>[By ECF] | Douglas A. Axel<br>Anand Singh<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, California 90013<br>[By ECF] |

Jerome C. Roth
Jonathan H. Blavin
Kristin Linsley Myles
MUNGER, TOLLES & OLSON LLP
560 Mission Street 27th Floor
San Francisco, CA 94105
jerome.roth@mto.com
jonathan.blavin@mto.com
kristin.myles@mto.com
[By ECF]

<u>XXX</u> (ON CM/ECF) I electronically filed and served the document on CM/ECF.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this declaration was executed at New York, New York, on April 11, 2013.

                                               /s/ Andrew Wolfram
                                                 Andrew Wolfram