David F. Taylor, Bar No. 25689
DFTaylor@perkinscoie.com
Breena M. Roos (*pro hac vice*)
BRoos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Joshua A. Reiten, Bar No. 238985
JReiten@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendants
SPRINT NEXTEL CORPORATION and QWEST
COMMUNICATIONS INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. PRATHER on behalf of himself and the UNITED STATES OF AMERICA and the several states of CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, RHODE ISLAND, VIRGINIA, as well as the DISTRICT OF COLUMBIA,<br><br>                    Plaintiff/Realtor,<br><br>     v.<br><br>AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL INC., and SPRINT NEXTEL CORP.,<br><br>                    Defendants. | Case No. CV-09-2457 CRB<br><br>STIPULATION AND ORDER RESCHEDULING HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS AMENDED COMPLAINT |

Relator John C. Prather ("Relator") and Defendants AT&T Inc. ("AT&T"), Cellco

Partnership d/b/a Verizon Wireless ("Verizon Wireless"), Qwest Communications International

Inc. ("Qwest"), and Sprint Nextel Corporation ("Sprint") (collectively, "Defendants"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate as follows:

WHEREAS, the hearing on Defendants' Joint Motion to Dismiss the Amended Complaint, Dkt. No. 126, was reset by the Court for July 23, 2013 at 10 a.m., *see* Dkt. No. 142;

WHEREAS, Relator's counsel and counsel for Sprint and Qwest are unable to attend the July 23, 2013 hearing date; and

WHEREAS, the earliest date on the Court's routine Friday motion calendar on which all parties' counsel are available is Friday, September 13, 2013 at 10 a.m.;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel on behalf of the parties identified below that the hearing on Defendants' Joint Motion to Dismiss the Amended Complaint, Dkt. No. 126, shall be rescheduled for Friday, September 13, 2013 at 10 a.m.

DATED: July 19, 2013                **PERKINS COIE LLP**

By: /s/ David F. Taylor
David F. Taylor

Attorneys for Defendants Sprint Nextel Corporation and Qwest Communications International Inc.

DATED: July 19, 2013                **WILLIAMS & CONNOLLY LLP**

By: /s/ Edward C. Barnidge
Edward C. Barnidge (*pro hac vice*)

Attorneys for Defendant Sprint Nextel Corporation

DATED: July 19, 2013                **MUNGER, TOLLES & OLSON LLP**

By: /s/ Jonathan H. Blavin
Jonathan H. Blavin

Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless

1  DATED: July 19, 2013                          **SIDLEY AUSTIN LLP**

2                                                By: /s/ Douglas A. Axel
3                                                Douglas A. Axel

4                                                Attorneys for Defendant AT&T Inc.

5  DATED: July 19, 2013                          **BALESTRIERE FARIELLO**

6                                                By: /s/ John G. Balestriere
7                                                John G. Balestriere

8                                                Attorneys for Relator John C. Prather

9

10                    **ATTESTATION UNDER GENERAL ORDER 45, SECTION X.B.**

11      I have the authorization of all counsel identified herein to submit this Stipulation and
12  [Proposed] Order.

13  DATED: July 19, 2013                          **PERKINS COIE LLP**
14

15                                                By: /s/ David F. Taylor
                                                      David F. Taylor

1
2 **ORDER**
3
4  Pursuant to the parties' stipulation set forth above, the hearing on Defendants' Joint Motion to Dismiss the Amended Complaint, Dkt. No. 126, shall be rescheduled for Friday, September 13, 2013 at 10 a.m.

DATED: July 19, 2013



_____
Hon.
United