IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN C. PRATHER, on behalf of himself and the UNITED STATES OF AMERICA and the several states of CALIFORNIA, DELAWARE, FLORIDA, ILLINOIS, INDIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, RHODE ISLAND, VIRGINIA, as well as the DISTRICT OF COLUMBIA,**<br><br>**Plaintiff/Relator,**<br><br>v.<br><br>**AT&T INC., CELLCO PARTNERSHIP d/b/a VERIZON COMMUNICATIONS, QWEST COMMUNICATIONS INTERNATIONAL, INC., and SPRINT NEXTEL CORP.,**<br><br>**Defendants.** | No. C 09-02457 CRB<br><br>**ORDER RE BRIEFING AND HEARING SCHEDULE** |

The Court has reviewed Defendants' Motion for Extension of Time (dkt. 161) and Plaintiff's Response (dkt. 164), as well as the supporting papers to each. Finding good cause therefor, the Court will grant an extension of time. As Defendants have already filed two motions for attorneys' fees (see dkts. 166, 168), the Court ORDERS as follows: Defendants may file any additional materials in connection with their motions for fees by December 4, 2013; Plaintiff may file his

Opposition(s) to the motions by <u>January 2, 2014</u>, and any replies are due on <u>January 16, 2014.</u>  The matter will be heard on <u>February 7, 2014.</u>

**IT IS SO ORDERED.**

Dated:    November 21, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE