IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 14-00962 |
| Plaintiff, | **ORDER REASSIGNING CASE** |
| v. | |
| SPRINT COMMUNICATIONS, INC. ET AL, | |
| Defendant.                              / | |

    This Court finds <u>sua sponte</u> that the above-captioned case is related to earlier-filed case <u>Prather v. AT&T Inc., et al.</u>, No. 09-2457, pursuant to Local Rule 3-12(a), and therefore REASSIGNS the above-captioned case to itself.

    **IT IS SO ORDERED.**

Dated: March 4, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\962\order reassigning.wpd